UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA
200 NW 4TH STREET, OKLAHOMA CITY, OK 73102
COURTROOM 302

**CRIMINAL JURY DOCKET BEFORE JUDGE DAVID L. RUSSELL**

**TUESDAY, JULY 9TH, 2024 AT 9:00 A.M.**

**PHOTO ID IS REQUIRED FOR <u>ANYONE</u> ENTERING THE FEDERAL COURTHOUSE.**

Notice to all counsel: any motions to continue and/or plea changes **must** be filed and/or presented to the Court **no later than Monday, June 24th, 2024.**

| | | |
|---|---|---|
| CR-22-5-R-5 | United States of America | Jason M. Harley<br>Nicholas M. Coffey<br>Jessica L. Cardenas |
| | -v- | |
| | Jose Ramon Dominguez | Edward M. Blau<br>Daniel Page<br>Irven R. Box |
| CR-23-51-R | United States of America | Wilson D. McGarry |
| | -v- | |
| | Akin Zhon Wofford | Traci Lynn Rhone |
| CR-23-375-R | United States of America | D.H. Dilbeck |
| | -v- | |
| | Elijah Johnson | Sanjuanita A. Martinez |
| CR-23-497-R | United States of America | Thomas B. Snyder |
| | -v- | |
| | Demaury Mosea Haywood | Robert S. Jackson |

CR-23-507-R        United States of America            Travis Leverett

                   -v-

                   Emmanuel Calderon                   Troy R. Cowin


CR-24-90-R         United States of America            Drew E. Davis

                   -v-

                   Thao Duc Ha                         Benjamin L. Munda, IV


CR-24-101-R        United States of America            Travis Leverett

                   -v-

                   Gerald Starr (3)                    Christoper S. Reser
                   Robert Weaver (4)                   Michael Wayne Noland


CR-24-146-R        United States of America            Nicholas M. Coffey
                                                       Elizabeth Mauve Bagwell
                   -v-

                   Chong Iu Phu (1)                    Chelsy L. Van Overmeiren
                                                       Daniel Page
                                                       Edward M. Blau
                                                       Todd S. Pugh
                   Matthew Alan Stacy (2)              Henry A. Meyer, III
                                                       Joseph L. DeGiusti
                                                       Joshua Todd Welch
                                                       Robert M. Goldstein
                   Chanh Iu Phu (3)                    Robert D. Gifford, II


CR-24-152-R        United States of America            Daniel Gridley

                   -v-

                   Brandon Reid Heath                  Kyle E. Wackenheim

| CR-24-210-R | United States of America | Elizabeth Joynes |
| | -v- | |
| | Jose Enrique Guerrero-Corrales | James W. Todd |
| CR-24-213-R | United States of America | Brandon T. Hale |
| | -v- | |
| | Mitchell Green | Albert J. Hoch, Jr. |