# UNITED STATES DISTRICT COURT

for

Western District of Oklahoma

U.S.A. vs. Mitchell Green    Docket No. CR-24-213-R-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Candice Jones, pretrial services/probation officer, presenting an official report upon the conduct of defendant Mitchell Green, who was placed under pretrial release supervision by the Honorable Amanda Maxfield Green, sitting in the court at Western District of Oklahoma on the 31st date of May, 2024 under the following conditions:

The defendant shall immediately report to the U.S. Probation Officer possession and/or use of computers, mobile devices, or other devices capable of connecting to the internet. The defendant shall submit to an initial inspection by the U.S. Probation Office and to any periodic or continuous examinations during supervision of the defendant's computer and any devices, programs, or application. The defendant shall allow the installation of any hardware or software systems which monitor or filter computer use. The defendant shall warn any third parties who own or use such equipment that any computer used by the defendant may be subject to examination and monitoring. The defendant shall contribute to the cost of computer monitoring in an amount to be determined by the probation officer, based on the defendant's ability to pay.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short, insert here. If lengthy, write on separate sheet and attach.)

On July 31, 2024, the defendant admitted he was in possession of a smart phone capable of connecting to the internet, which was not reported to the U.S. Probation Office. The defendant admitted to possessing the smart phone and accessing the internet on July 31, 2024. At the time of this report, the whereabouts of the smart phone is unknown.

HAVING REVIEWED THE ALLEGATIONS MADE IN THIS PETITION MADE BY THE UNITED STATES PROBATION OFFICER, THE UNITED STATES MOVES THE COURT PURSUANT TO 18 U.S.C. §3148(b) TO INITIATE REVOCATION PROCEEDINGS AGAINST THE DEFENDANT.

TELEPHONICALLY APPROVED BY AUSA BRANDON HALE

ASSISTANT UNITED STATES ATTORNEY
PRAYING THAT THE COURT WILL ORDER THE ISSUANCE OF A WARRANT FOR HIS ARREST AND REVOKE THE DEFENDANT'S BOND.

ORDER OF COURT

Considered and ordered this 7th day of August, 2024 and ordered filed and made a part of the records in the above case.

U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2024

C. Jones

U.S. Pretrial Services/Probation Officer

Place Oklahoma City, Oklahoma